JOSEPH MARSIGLIA *v.* BESSIE E. MARSIGLIA.

[No. 55, January Term, 1932.]

*Decided April 27th, 1932.*

The cause was argued before BOND, C. J., URNER, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*Harry E. Parkhurst* and *R. Contee Rose,* for the appellant.

*Martin G. Kenney,* for the appellee.

SLOAN, J., delivered the opinion of the Court.